## No. 7722.

### THE STATE EX REL. B. R. FORMAN VS. PATTON, MAYOR OF NEW ORLEANS.

Where a judgment directs a thing to be done at the expense of the city, not to exceed five hundred dollars, and commands the sheriff to retain out of the city's money in his hands such sum and the costs of the *mandamus* proceedings, the judgment is appealable, since the costs, added to the sum mentioned, make more than the appellate sum.

But the new Constitution having vested appeals of this amount in the Circuit Courts, the cause is transferred to that tribunal.

APPEAL from the Sixth District Court of New Orleans. RIGHTON, J.

*T. C. Ellis* for Relator. *Blanc* for Respondent Appellant.

WHITE, J., delivered the opinion.